812

No. 129, Misc.   BERTRAND v. RAGEN, WARDEN.   ■■■ Certiorari denied.

No. 130, Misc.   TIDMORE v. RAGEN, WARDEN.   ■■■

Certiorari denied.